[No. 21685-3-III. Division Three. November 18, 2003.]

SUNBELT CONSTRUCTION, INC., *Appellant*, v. PATRICK MOLITOR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-2-01217-3, Kenneth L. Jorgensen, J., entered December 5, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 29026-0-II. Division Two. November 18, 2003.]

EQUIFAX CREDIT INFORMATION SERVICES, INC., *Respondent*, v. STEPHEN V. BARKER, ET AL., *Respondents*, BLUE CROSS/BLUE SHIELD OF TEXAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-11617-2, Frederick B. Hayes, J., entered June 27, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 29197-5-II. Division Two. November 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARKESS MARIO BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04032-9, Bruce W. Cohoe, J., entered August 9, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 29381-1-II. Division Two. November 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ROLAND COOL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04997-8, Bruce W. Cohoe and Kathryn J. Nelson, JJ., entered September 19, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.